Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Noami V Patterson | Case No. 20-16593-JKS |
| Debtor. | Judge: John K. Sherwood |

### CREDITOR'S CERTIFICATION OF DEFAULT

Chastity Wilson certifies as follows:

1. I am a Assistant Secretary for Nationstar Mortgage LLC dba Mr. Cooper, a secured creditor of the debtor (the "Movant").

2. On March 18, 2021, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the Movant ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

    **X** By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

June 9, 2021                                  *Chastity Wilson* (signature)
Date                                          Signature

                                              **Chastity Wilson**
                                              **Assistant Secretary of Nationstar Mortgage LLC**
                                              **d/b/a Mr. Cooper**
                                              **Affiant**

Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Noami V Patterson | Case No. 20-16593-JKS |
| Debtor. | Judge: John K. Sherwood |

### CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED OCTOBER 5, 2006)

Chastity Wilson _____ of full age, employed as Assistant Secretary _____ by Nationstar Mortgage LLC dba Mr. Cooper, hereby certifies the following information:

Recorded on November 1, 2006, in Hudson County, in Book 15067, at Page 00023

Property Address: 14 Manhattan Avenue, Jersey City, NJ 07307

Mortgage Holder: Nationstar Mortgage LLC d/b/a Mr. Cooper

Mortgagors / Debtor: Naomi Patterson / Noami V Patterson

POST-PETITION PAYMENTS (petition was filed: 5/16/2020)

| | Amount Due | Date Payment was due | How Payment was Applied | Amount Received | Date Payment Received | Check or Money Order No. |
|---|---|---|---|---|---|---|
| | | | Agreed order entered March 18, 2021 | | | |
| 1 | $8,000.00 | 3/31/21 | n/a | n/a | n/a | |
| 2 | $2,789.95 | 4/1//21 | n/a | n/a | n/a | |
| 3 | $2,789.95 | 5/1/21 | n/a | n/a | n/a | |
| | | | | | | |
| TOTAL | $13,579.90 | | | $0.00 | | |

Monthly payments past due:     Instanter due 3/31/21 $8,000.00
                                                  Two (2) regular monthly payments x $2,789.95

(Monthly payment + late charge) = $13,579.90 as of 5/25/21

**AMOUNT HELD IN SUSPENSE (if any):**              **($0.00)**

**TOTAL POST-PETITION DEFAULT:**              **$13,579.90**

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal & Interest | $1,714.34 | |
| Interest: | (included in figures above) | |
| R.E. Taxes: | n/a | |
| Insurance | n/a | |
| Late Charge: | n/a | |
| Other: | $1,075.61 | Escrow |
| TOTAL | $2,789.95 | |

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary): Payment change to $2,853.94 on 6/1/21 due to escrow.

Pre-petition arrears: see Claim #1 on the Claims Register.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

June 9, 2021                                                  *Chastity Wilson*
Date                                                             Signature

**Chastity Wilson**
**Assistant Secretary of Nationstar Mortgage LLC**
**d/b/a Mr. Cooper**
**Affiant**

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on March 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Noami V Patterson, | Case No. 20-16593-JKS |
|  | Hearing Date: |
| Debtor. | Judge: John K. Sherwood |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: March 17, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Noami V Patterson
Case No.: 20-16593-JKS
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Creditor's Certification of Default filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), and Naomi V Patterson ("Debtor") having filed opposition thereto, with respect to the property known as 14 Manhattan Avenue, Jersey City, NJ 07307, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent four (4) post-petition payments due December 1, 2020 through March 1, 2021. Each payment is in the amount of $2,789.95, less suspense of $30.00, for a total delinquency of $11,129.80.
2. Debtor shall make a lump sum payment to Movant towards the arrears in secured funds in the amount of $8,000.00 no later than March 31, 2021.
3. Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include delinquency in the amount of $3,129.80.
4. In the event that Debtor does not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court.
5. Debtor shall resume post-petition payments to be paid timely and in full with the April 1, 2021 payment.

Page 3

Debtor:            Noami V Patterson
Case No.:          20-16593-JKS
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

6. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 14 Manhattan Avenue, Jersey City, NJ 07307.

7. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the real property and/or against the Debtor.

8. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $538.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
    Phillip Raymond
Date: 3·15·2021

Attorney for the Debtor
By: _____
    Herbert B. Raymond
Date: 3/12/21

Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:           |         | Chapter 13               |
|------------------|---------|--------------------------|
| Noami V Patterson |        | Case No. 20-16593-JKS    |
|                  | Debtor. | Judge: John K. Sherwood  |

**CERTIFICATION OF SERVICE**

1. I, <u>Shelly M. Rodriguez</u>           :

    ☐   represent the _____ in the above-captioned matter.

    ☑   am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLC</u> who represents the <u>Movant</u>.

    ☐   am the _____ in the above case and am representing myself.


2. On <u>6/28/2021</u>           , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default

   - Certification of Post-Petition Payment History

   - Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 6/28/2021 | /s/Shelly M. Rodriguez |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Standing Chapter 13 Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Noami V Patterson<br>14 Manhattan Avenue<br>Jersey City, NJ 07307 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408, 4th Floor<br>East Orange, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
|---|---|---|

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time